ANTONY S. RUDDY, DEFENDANT IN ERROR, v. UNITED ASSOCIATION JOURNEYMEN PLUMBERS, &c., ET AL., PLAINTIFFS IN ERROR.

Submitted December 5, 1910—Decided March 6, 1911.

On error to the Supreme Court, whose opinion is reported in 50 *Vroom* 467.

For the plaintiffs in error, *Joseph A. Beecher* and *Samuel Kalisch.*

For the defendant in error, *Samuel Press* and *Harry Kalisch.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the per curiam opinion of Mr. Justice Reed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, GARRISON, SWAYZE, PARKER, BERGEN, VOORHEES, BOGERT, VREDENBURGH, VROOM, CONGDON, SULLIVAN, JJ.   12.

*For reversal*—None.